```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  ISABEL Y. LIOU
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,   )  Cr. No.: S-08-0084 GGH
                                )
11          Plaintiff,          )  GOVERNMENT'S MOTION TO DISMISS
                                )  WITHOUT PREJUDICE AND
12     v.                       )  ORDER
                                )
13  AGNES N. JUAN               )  DATE: July 23, 2008
                                )  TIME: 10:00 a.m.
14          Defendant.          )  JUDGE: Hon. Gregory G. Hollows
    _____)
15
```

16      Pursuant to Rule 48(a) of the Federal Rules of Criminal
17 Procedure, plaintiff United States of America, by and through its
18 undersigned attorney, hereby moves this Honorable Court for an
19 Order dismissing this action without prejudice.
20      Two essential witnesses, Staff Sergeants Jennifer Kiemel and
21 Christopher Thompson, are currently deployed overseas. Staff
22 Sergeant Kiemel will not return to the United States until
23 approximately October or November, 2008. Staff Sergeant Thompson
24 will not return until approximately September, 2008.
25 ///
26 ///
27 ///
28 ///

One additional witness, Senior Airman Mark Griffin, II, is no longer with the Air Force. Presently his whereabouts are unknown. The government is working with Travis Air Force Base to locate and contact Mr. Griffin, II.

In the absence of SSgt Kiemel, SSgt Thompson, and Mr. Griffin, II, the government would be unable to introduce evidence sufficient to show beyond a reasonable doubt that the defendant entered a military installation on May 11, 2007, for a purpose prohibited by law and regulation; and further, that defendant wore a uniform or a distinctive part of the uniform, or anything similar to a distinctive part of the uniform of any of the armed forces of the United States while she was not authorized to do so.

The government expects to re-file charges once the witnesses return from deployment or become available to testify.

Dated: July 2, 2008           McGREGOR W. SCOTT
                              United States Attorney


                              By:/s/ S. Robert Tice-Raskin
                              S. ROBERT TICE-RASKIN
                              Assistant U.S. Attorney
                              [Read and approved per L.R. 83-141]


                              /s/ Isabel Liou
                              ISABEL Y. LIOU
                              Certified Law Student

                        O R D E R

IT IS SO ORDERED:

DATED: 07/14/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

juan.ord